IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:24CR3072** |
| vs. | |
| | **ORDER** |
| SEAN WESTGATE, | |
| Defendant. | |

Defendant sent a letter to the Court requesting that his "sentencing paperwork" be sent to the Designation & Time Computation Center in Grand Prairie Texas so that he can be moved to a Bureau of Prisons facility.  (Filing No. 202.)  However, all necessary paperwork has already been provided.  Therefore, this request will be denied.

Defendant's letter also requests that he be given a copy of the Statement of Reasons entered in his case.  However, the document requested is sealed and therefore will not be provided based on the Court's policies regarding sealed documents and documents of this nature.

Accordingly,

**IT IS ORDERED** that the relief Defendant seeks in his letter (Filing No. 202) is denied. The Clerk of Court shall mail a copy of this Order to Defendant.

Dated this 23rd day of April, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge